435 A.2d 1305

Commonwealth v. Faust, Appellant.

Submitted June 13, 1980.   Arthur J. King, Assistant Public Defender, for appellant;   Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 1305

Commonwealth v. Glasshofer, Appellant.

Submitted March 21, 1980.   John H. Lewis, Jr., for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

LIPEZ, J., filed a memorandum concurring opinion.